UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT QUACO

                Plaintiff,

-v-

LIBERTY INSURANCE
UNDERWRITERS INC.,

                Defendant.



No. 17-cv-7980 (RJS)
OPINION AND ORDER

RICHARD J. SULLIVAN, District Judge:

In light of the Court's September 23, 2018 order granting summary judgment to Plaintiff (Doc. No. 36), IT IS HEREBY ORDERED THAT Judgment is entered in favor of Plaintiff, and the Clerk of the Court is respectfully directed to close this case. However, if the parties cannot resolve the issue of damages referenced in the parties' September 28, 2018 joint letter (Doc. No. 37), either party may, within 30 days of this order, send a letter requesting to restore this action to the docket with an explanation for the request.

SO ORDERED.

Dated:     September 28, 2018
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE